O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN EMEKKA ONWUALU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br>DIRECTOR,<br><br>　　　　　Defendants. | Case No. CV 14-09023 DDP (ASx)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**<br><br>[Dkt. 32] |

　　Presently before the court is Defendant's Motion to Dismiss. Plaintiff has not opposed the motion. Accordingly, the court GRANTS the motion and adopts the following Order.

　　Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. Cal. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. Cal. L.R. 7-12.

///

Defendant's motion was filed on May 8, 2015 and noticed for June 22, 2015.  Plaintiff's opposition was therefore due by June 1, 2015.  As of the date of this Order, Plaintiff has not filed an opposition or any other filing that could be construed as a request for a continuance.  Accordingly, the court deems Plaintiff's failure to oppose as consent to granting the motion to dismiss, and GRANTS the motion.

IT IS SO ORDERED.

Dated: June 9, 2015

                      DEAN D. PREGERSON
                      United States District Judge