CHAD A. READLER
Acting Assistant Attorney General
WILLIAM P. PEACHEY
Director, District Court Section
TIMOTHY M. BELSAN
Deputy Chief, National Security &
    Affirmative Litigation Unit
EDWARD S. WHITE
Senior Litigation Counsel
N.Y. Bar Reg. # 2088979
        Office of Immigration Litigation-District Court Section
        Civil Division, U.S. Department of Justice
        P.O. Box 868, Ben Franklin Station
        Washington, D.C. 20044-0868
        Telephone: (202) 616-9131
        Facsimile: (202) 305-7000
        Email: edward.s.white@usdoj.gov

Attorneys for Defendant

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AUSTIN EMEKKE ONWUALU, | ) | No. LACV 14-09023 DDP (ASx) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| U.S. CITIZENSHIP AND | ) | |
| IMMIGRATION SERVICES, | ) | |
| DIRECTOR, | ) | |
| | ) | |
| Defendant. | ) | Hon. Dean D. Pregerson |
| _____ | ) | |

Defendant's motion to dismiss (ECF No. 32) having come before the Court,

and the Court having considered the pleadings, the motion, the evidence presented,

and the memoranda of points and authorities, and in accordance with the Court's June 7, 2018 order granting Defendant's motion to dismiss (ECF No. 57),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment of dismissal is entered, and the complaint and action are dismissed.

Dated: June 29, 2018

HON. DEAN D. PREGERSON
United States District Judge